# COMPLAINT/REMOVAL DISMISSAL

**United States District Court**

**Southern District of New York**

Mag. Judge Dkt. No. _20-MJ-2956_      Date _4-9-20_

USAO No. _2020R00240_

The Government respectfully requests the Court to dismiss without prejudice the _✓_Complaint _____Removal
Proceedings in

*United States v.* _Mayovanex Pena-Ortega_

The Complaint/~~Rule 40 Affidavit~~ was filed on _3-16-20_

_✓_*U.S. Marshals please withdraw warrant.*

/s/ Sarah Kushner

ASSISTANT UNITED STATES ATTORNEY

_Sarah Kushner_
(Print name)

**SO ORDERED:**

April 9, 2020

DATE

JAMES L. COTT
United States Magistrate Judge

Green → Pretrial Services     Pink → AUSA Copy